UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>                          Plaintiff(s)<br>v.<br><br>Arthur Jan Dam<br><br>                          Defendant(s) | CASE NUMBER<br><br>20-MJ-00762-DUTY<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Arthur Jan Dam        ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

to substitute Mark Jaffe     who is

☒ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

2120 University Ave., Berkeley
*Street Address*

Berkeley, CA, 94704            mark@torekeland.com
*City, State, Zip*                            *E-Mail Address*

(415) 770-0398        (718) 504-5417        315950
*Telephone Number*         *Fax Number*         *State Bar Number*

as attorney of record instead of Deborah E. Gonzalez (Federal Public Defender's Office).
*List **all** attorneys from same firm or agency who are withdrawing.*

is hereby    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated 3/10/2020         *John E. McDermott*
                                      U.S. District Judge/U.S. Magistrate Judge